FILED

2020 DEC 17 PM 4: 14

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 3:20-cr-158-J-34MCR
18 U.S.C. § 922(g)(1)

VERSHAUN LAMAR PUZIE
a/k/a "Boom"

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about January 1, 2019, in the Middle District of Florida, the defendant,

VERSHAUN LAMAR PUZIE,
a/k/a "Boom,"

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Sale or delivery of cocaine, on or about April 25, 2007,

2. Worthless check, on or about March 12, 2008,

3. Possession of cocaine, on or about July 8, 2010,

4. Failure of defendant on bail to appear, on or about October 15, 2012,

5. Possession of a firearm by a convicted felon, on or about October 15, 2012,

6. Introduction and/or possession of contraband into a county detention facility, on or about October 15, 2012,

7. Sale, manufacture, deliver cocaine, on or about October 15, 2012, and

8. Sale, manufacture, deliver cocaine, on or about October 15, 2012,

did knowingly possess, in and affecting interstate commerce, a firearm, that is, a Smith & Wesson .40 caliber pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(e).

## COUNT TWO

On or about July 16, 2020, in the Middle District of Florida, the defendant,

**VERSHAUN LAMAR PUZIE,**
a/k/a "Boom,"

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Sale or delivery of cocaine, on or about April 25, 2007,

2. Worthless check, on or about March 12, 2008,

3. Possession of cocaine, on or about July 8, 2010,

4. Failure of defendant on bail to appear, on or about October 15, 2012,

5. Possession of a firearm by a convicted felon, on or about October 15, 2012,

6. Introduction and/or possession of contraband into a county detention facility, on or about October 15, 2012,

2

7. Sale, manufacture, deliver cocaine, on or about October 15, 2012,

8. Sale, manufacture, deliver cocaine, on or about October 15, 2012,

9. Tampering with evidence, on or about March 13, 2019, and

10. Possession of cocaine, on or about March 13, 2019,

did knowingly possess, in and affecting interstate commerce, a firearm, that is, a Smith & Wesson 9mm caliber pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(e).

## **FORFEITURE**

1.     The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.     Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant, VERSHAUN LAMAR PUZIE, a/k/a "Boom," shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3.     The property to be forfeited includes, but is not limited to, the Smith & Wesson .40 caliber pistol and Smith & Wesson 9mm caliber pistol.

4.     If any of the property described above, as a result of any act or omission of the defendant:

    a.     cannot be located upon the exercise of due diligence;

3

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

*[signature]*
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: *[signature]*
LAURA COFER TAYLOR
Assistant United States Attorney

By: *[signature]*
CYRUS ZOMORODIAN
Special Assistant United States Attorney

By: *[signature]*
FRANK M. TALBOT
Assistant United States Attorney
Chief, Jacksonville Division

4

FORM OBD-34
12/14/20 Revised

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

VERSHAUN LAMAR PUZIE

## INDICTMENT

Violations: 18 U.S.C. § 922(g)(1)

A true bill,

_Douglas Riegert-Johnson_
Foreperson

Filed in open court this 17th day
of December, 2020.

_____
Clerk

Bail $ _____

GPO 863 525