UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 3:20-cr-158-J-34MCR

VERSHAUN LAMAR PUZIE

### MOTION FOR CAPIAS

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, moves this Court to issue a capias for VERSHAUN LAMAR PUZIE, against whom an indictment was returned in the Jacksonville Division of the Middle District of Florida.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: /s/ Laura Cofer Taylor
LAURA COFER TAYLOR
Assistant United States Attorney
USA No. 170
300 N. Hogan Street, Suite 700
Jacksonville, FL 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
Email: Laura.C.Taylor@usdoj.gov